UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                               )<br>)<br>KEVIN CONDRAY,                    )<br>)<br>Defendant.                                 )<br>                                                 ) | Criminal Case No. 04-403 (RJL) |

MEMORANDUM ORDER
(July 25, 2022) [Dkt. # 32]

On February 23, 2019, defendant, proceeding *pro se*, filed with the Court a Petition for a Writ of Habeas Corpus by a Defendant in Custody in the District of Columbia [Dkt. # 32] ("Petition"), appearing to raise a challenge of ineffective assistance of counsel stemming from his August 8, 2014 conviction on multiple counts in the Superior Court of the District of Columbia, Case Number 2013 CF3 022625. In the petition, defendant notes that he was sentenced to a two-year term of imprisonment followed by three years of supervised release. *See* Petition at 2.

On September 22, 2020, the United States filed a motion in which it indicated that the defendant appeared to no longer be in custody, and accordingly requested that the Court hold its response in abeyance pending confirmation that the defendant wished to proceed with his petition. In response, on October 9, 2020, the Court granted the United States' motion and ordered the defendant to file a motion "confirming that he still wishes to proceed with his legal challenge."

To date, the Court has not received a response to the Court's October 9, 2020 order, nor any other filing from the defendant. Moreover, it appears that any term of incarceration and of supervised release stemming from the underlying conviction in Superior Court would have ended, calling into question whether this Court—even if it were to have jurisdiction over the petition and find that it should be granted on the merits—could provide defendant with relief in any event.

As a result, it is hereby **ORDERED** that the defendant's Petition for a Writ of Habeas Corpus by a Defendant in Custody in the District of Columbia is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**.

RICHARD J. LEON
United States District Judge